UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE HAND PROMOTIONS, INC.,

       Plaintiff,                            CIVIL ACTION NO. 12-13787

      v.                                  HON. GEORGE CARAM STEEH

THE WHISKEY BAR & GRILL, LLC,
a Michigan Limited Liability Company,
d/b/a WHISKEY BAR & GRILL,
PATRICK KOENIG, individually,
Jointly and Severally,

       Defendants.
_____/

## ORDER OF DEFAULT JUDGMENT

IT IS ORDERED that a Default Judgment is entered against Defendant, The Whiskey Bar & Grill, LLC, d/b/a Whiskey Bar & Grill, in favor of the Plaintiff.

IT IS FURTHER ORDERED that a Default Judgment be entered against Defendant The Whiskey Bar & Grill, LLC, d/b/a Whiskey Bar & Grill and in favor of Plaintiff, Joe Hand Promotions, for the amount of $6,547.50 allocated as follows:

    a. $5,200.00 for the violation of Title 47 U.S.C. 605(e)(3)(B)(iii) and (e)(3)(C)(i)(II);

    b. Attorneys fees and costs in the amount of $1,347.50;

    c. A total award in the amount of $6,547.50.

IT IS SO ORDERED.

Dated: February 25, 2013

                                                      s/George Caram Steeh
                                                      GEORGE CARAM STEEH
                                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 25, 2013, by electronic and/or ordinary mail and also on Whiskey Bar & Grill, c/o Patrick Koenig, 24737 W. Warren, Dearborn Heights, MI 48123.

s/Barbara Radke
Deputy Clerk